# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHEELAND FAMILY LTD. PARTNERSHIP LP, *et al.*, | No. 4:18-CV-01976 |
| Plaintiffs and Counterclaim Defendants, | (Judge Brann) |
| v. | |
| ROCKDALE MARCELLUS LLC, | |
| Defendant and Counterclaim Plaintiff. | |

## ORDER

### JULY 3, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Partial Judgment on the Pleadings, ECF No. 24, is **GRANTED**. Upon resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in favor of Defendant on counts VII-XXI of Plaintiffs' complaint, ECF No. 1-1, and Count I of Rockdale's counterclaim, ECF No. 12, to the extent Count I applies to Leases 3–7.

**IT IS FURTHER ORDERED** that Rockdale's motion for a hearing regarding the instant motion for partial judgment on the pleadings, ECF No. 43, is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge